# EXHIBIT A-1



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**





**FIG. 6**



**FIG. 7**





**FIG. 8**