# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hypermedia Navigation LLC )
                      Plaintiff(s), )
v. )
Facebook, Inc. )
                      Defendant(s). )

Case No: 4:17-cv-05383

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Hao Ni, an active member in good standing of the bar of State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Hypermedia Navigation LLC in the above-entitled action. My local co-counsel in this case is Kris LeFan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 8140 Walnut Hill Lane, Ste. 500<br>Dallas, TX 75231 | 8383 Wilshire Blvd., Suite 1038<br>Beverly Hills, CA 90211 |
| MY TELEPHONE # OF RECORD:<br>(972) 331-4600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 477-8511 |
| MY EMAIL ADDRESS OF RECORD:<br>hni@nilawfirm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kris@lowelaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24047205.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/19/17          Hao Ni
                                    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Hao Ni is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/28/2017         *Haywood S. Gill, Jr.*
                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Hao Ni**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 2004.

I further certify that the records of this office show that, as of this date

**Hao Ni**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 5th day of July, 2017.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 2045C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.