Kris S. LeFan SBN 278611
*kris@lowelaw.com*
Lowe | LeFan
8383 Wilshire Suite #1038
Beverly Hills, CA 90211
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (pro hac vice)
*hni@nilawfirm.com*
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900
*Attorneys for Plaintiff*
*Hypermedia Navigation LLC*

COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
LOWELL D. MEAD (223989) (lmead@cooley.com)
DANIEL J. KNAUSS (267414) (dknauss@cooley.com)
AZADEH MORRISON (311046) (amorrison@cooley.com)
3175 Hanover Street Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
*Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **HYPERMEDIA NAVIGATION LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FACEBOOK, INC.,**<br><br>Defendant. | Case No. 4:17-CV-05383-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>Date: February 15, 2018<br>Time: 2:00 p.m.<br>Ctrm: 2, 4th Fl.<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 |

Before the Court is Plaintiff Hypermedia Navigation LLC's and Defendant Facebook, Inc.'s ("the Parties") Stipulation to Extend the Briefing Schedule for Defendant's Motion to Dismiss ("Stipulation").

The Court having reviewed the Parties' Stipulation, the Court rules as follows: The briefing schedule is hereby extended. Plaintiff's response to Defendant's Motion to Dismiss (Docket 20) is due on December 7, 2017. Defendant's reply in support of Defendant's Motion to Dismiss is due on December 21, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/30/2017

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE