| | |
|---|---|
| Lowe \| LeFan<br>Kris S. Lefan SBN 278611<br>kris@lowelaw.com<br>8383 Wilshire Suite #1038<br>Beverly Hills, CA 90211<br>Telephone: (310) 477-5811<br>Facsimile: (310) 477-7672<br><br>NI, WANG & MASSAND, PLLC<br>Hao Ni (pro hac vice)<br>hni@nilawfirm.com<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231<br>Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>Attorneys for Plaintiff<br>HYPERMEDIA NAVIGATION LLC | COOLEY LLP<br>Heidi L. Keefe (178960)<br>(hkeefe@cooley.com)<br>Mark R. Weinstein (193043)<br>(mweinstein@cooley.com)<br>Lowell D. Mead (223989)<br>(lmead@cooley.com)<br>Daniel J. Knauss (267414)<br>(dknauss@cooley.com)<br>Azadeh Morrison (311046)<br>(amorrison@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Attorneys for Defendant<br>FACEBOOK, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | Case No. 4:17-cv-05383-HSG<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO SET NEW CASE SCHEDULE** |

　　　　Before the Court is Plaintiff Hypermedia Navigation LLC's and Defendant Facebook, Inc.'s (the "Parties") Stipulation and Request to Set New Case Schedule ("Stipulation").

　　　　The Court having reviewed the Parties' Stipulation, now rules the new deadlines in this case are as follows:

| Event | Date |
|---|---|
| Rule 26(a)(1) Initial Disclosures | April 24, 2018 |
| Disclosure of Asserted Claims and Infringement Contentions by Plaintiff (Patent L.R. 3-1 & 3-2). | May 1, 2018 |
| Invalidity Contentions by Defendants (Patent L.R. 3-3 and 3-4). | June 15, 2018 |
| Exchange of Proposed Terms for Claim Construction (Patent L.R. 4-1). | June 29, 2018 |
| Last Day to Amend Pleadings[1] | June 29, 2018 |
| Exchange of Preliminary Constructions and Extrinsic Evidence (Patent L.R. 4-2). | July 20, 2018 |
| Damages Contentions by Plaintiff (Patent L.R. 3-8). | August 6, 2018 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3). | August 24, 2018 |
| Responsive Damages Contentions by Defendants (Patent L.R. 3-9) | September 5, 2018 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4). | November 2, 2018 |
| Opening Claim Construction Brief by Plaintiff (Patent L.R. 4-5(a)). | September 28, 2018 |
| Responsive Claim Construction Brief by Defendants (Patent L.R. 4-5(b)) | October 19, 2018 |
| Reply Claim Construction Brief by Plaintiff (Patent L.R. 4-5(c)). | October 26, 2018 |
| Technology Tutorial | November 7, 2018 at 3:00 p.m. |
| Claim Construction Hearing | November 14, 2018 2:00 p.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: April 19, 2018

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff would add U.S. Patents 9,772,814 and 9,864,575 in an Amended Complaint only if the Court denies Defendant's 101 Motion (Dkt. No. 20) on the current Patents-in-Suit. If the Court has not yet ruled on the 101 Motion by the deadline for infringement and invalidity contentions, the Parties agree to include their contentions for the two new patents along with the contentions for the current Patents-in-Suit.