| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>DAVID ALBERTI (SBN 220265)<br>dalberti@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>FEINBERG DAY ALBERTI LIM &<br>BELLOLI LLP<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>NI, WANG & MASSAND, PLLC<br>Hao Ni (pro hac vice)<br>hni@nilawfirm.com<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231<br>Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>*Attorneys for Plaintiff*<br>*Hypermedia Navigation LLC* | COOLEY LLP<br>Heidi L. Keefe (178960)<br>(hkeefe@cooley.com)<br>Mark R. Weinstein (193043)<br>(mweinstein@cooley.com)<br>Lowell D. Mead (223989)<br>(lmead@cooley.com)<br>Daniel J. Knauss (267414)<br>(dknauss@cooley.com)<br>Azadeh Morrison (311046)<br>(amorrison@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:   (650) 843-5000<br>Facsimile:    (650) 849-7400<br><br>Attorneys for Defendant<br>FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>   Defendant. | Case No.  4:17-cv-05383-HSG<br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINE TO AMEND THE PLEADINGS** |

Plaintiff, Hypermedia Navigation LLC ("Plaintiff") and Defendant Facebook, Inc. ("Defendant"), hereby stipulate and respectfully request that deadline to amend the pleadings, currently set for June 29, 2018, be extended until fourteen (14) days from the date the Court decides Defendant's § 101 motion on the Patents-in-Suit. The Parties previously agreed that Plaintiff would add U.S. Patent Nos. 9,772,814 and 9,864,575 in an amended complaint only if the Court denied that motion. The Parties have also agreed to include these two patents in their infringement and invalidity contentions under the Patent Local Rules for the purpose of avoiding disruptions to the case schedule if those patents are added. As the 101 motion is pending and today is the last day to amend the pleadings without leave, the parties respectfully submit that the deadline for Plaintiff to amend to add these two patents should be extended and tied to the Court's pending decision on the § 101 motion.

Thus, pursuant to this stipulation, the parties therefore respectfully request the Court enter the accompanying proposed order extending the deadline to amend the pleadings in this case as set forth above.

NI, WANG & MASSAND, PLLC

Dated: June 29, 2018      By: /s/ Hao Ni
                              Hao Ni

**Attorney for Plaintiff
Hypermedia Navigation LLC**

Dated: June 29, 2018      COOLEY LLP

                          By: /s/ Daniel J. Knauss
                              Daniel J. Knauss

**Attorneys for Defendant
Facebook, Inc.**

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Hao Ni, attest that concurrence in the filing of this document has been obtained.

Dated:  June 29, 2018              */s/ Daniel J. Knauss*
                                   Daniel J. Knauss