| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>DAVID ALBERTI (SBN 220265)<br>dalberti@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>FEINBERG DAY ALBERTI LIM &<br>BELLOLI LLP<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>NI, WANG & MASSAND, PLLC<br>Hao Ni (pro hac vice)<br>hni@nilawfirm.com<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231<br>Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>*Attorneys for Plaintiff*<br>*Hypermedia Navigation LLC* | COOLEY LLP<br>Heidi L. Keefe (178960)<br>(hkeefe@cooley.com)<br>Mark R. Weinstein (193043)<br>(mweinstein@cooley.com)<br>Lowell D. Mead (223989)<br>(lmead@cooley.com)<br>Daniel J. Knauss (267414)<br>(dknauss@cooley.com)<br>Azadeh Morrison (311046)<br>(amorrison@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Attorneys for Defendant<br>FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 4:17-cv-05383-HSG<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO EXTEND DEADLINE TO AMEND THE PLEADINGS** |

Before the Court is Plaintiff Hypermedia Navigation LLC's and Defendant Facebook, Inc.'s (the "Parties") Stipulation and Request to Extend the Deadline to Amend the Pleadings ("Stipulation").

The Court having reviewed the Parties' Stipulation, now rules the last day to amend the pleadings for Plaintiff to assert U.S. Patent Nos. 9,772,814 and 9,864,575 is hereby extended until fourteen (14) days after the Court rules on Defendant's pending § 101 motion.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: July 2, 2018

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE