UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC, | Case No. 17-cv-05383-HSG |
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | Re: Dkt. No. 67 |
| FACEBOOK, INC., | |
| Defendant. | |

The parties submitted a proposed order modifying the schedule on October 18, 2018, Dkt. No. 67. Finding good cause to modify the scheduling order, the Court **SETS** the following revised deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Responsive Claim Construction Brief | October 26, 2018 |
| Reply Claim Construction Brief | November 2, 2018 |
| Technology Tutorial | February 13, 2019 at 3:00 p.m. |
| Claim Construction Tutorial | February 20, 2019 at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. This order terminates Docket Number 67.

**IT IS SO ORDERED.**

Dated: 10/19/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge