| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125) <br> eday@feinday.com <br> DAVID ALBERTI (SBN 220265) <br> dalberti@feinday.com <br> MARC BELLOLI (SBN 244290) <br> mbelloli@feinday.com <br> FEINBERG DAY ALBERTI LIM & BELLOLI LLP <br> 1600 El Camino Real, Suite 280 <br> Menlo Park, CA 94025 <br> Tel: 650.618.4360 <br> Fax: 650.618.4368 <br><br> NI, WANG & MASSAND, PLLC <br> Hao Ni (pro hac vice) <br> hni@nilawfirm.com <br> 8140 Walnut Hill Lane Suite 500 <br> Dallas, TX 75231 <br> Telephone: (972) 331-4600 <br> Facsimile: (972) 314-0900 <br><br> ATTORNEYS FOR PLAINTIFF <br> HYPERMEDIA NAVIGATION LLC | Heidi Lyn Keefe (SBN 178960) <br> hkeefe@cooley.com <br> Mark R. Weinstein (SBN 193043) <br> mweinstein@cooley.com <br> Lowell D. Mead (SBN 223989) <br> lmead@cooley.com <br> Daniel J. Knauss (SBN 267414) <br> dknauss@cooley.com <br> Azadeh Morrison (SBN 311046) <br> amorrison@cooley.com <br> COOLEY LLP <br> 3175 Hanover Street <br> Palo Alto, California 94304 <br> Telephone: (650) 843-5000 <br> Facsimile: (650) 849-7400 <br><br> ATTORNEYS FOR DEFENDANT <br> FACEBOOK, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC. <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 4:17-cv-05383-HSG <br><br> **STIPULATION [AND PROPOSED ORDER] STAYING LITIGATION PENDING *INTER PARTES* REVIEWS** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

1  **WHEREAS** Plaintiff Hypermedia Navigation LLC ("Hypermedia") filed a Complaint against Defendant Facebook, Inc. ("Facebook") alleging infringement of U.S. Patent Nos. 7,383,323, 7,383,324, 7,424,523, 7,478,144, 7,769,830, 8,250,173, and 9,083,672 (collectively the "Original Complaint Patents-in-Suit") (Dkt. No. 1);

**WHEREAS** Hypermedia filed an Amended Complaint against Facebook alleging infringement of U.S. Patent Nos. 9,772,814, and 9,864,575 (collectively the "Amended Complaint Patents-in-Suit") (Dkt. No. 59);

**WHEREAS** Facebook filed Petitions for *Inter Partes* Review ("IPR") of each of the Original Complaint Patents-in-Suit;

**WHEREAS** Facebook will file Petitions for IPR of both of the Amended Complaint Patents-in-Suit from within 30 days of entry of this Stipulation as an Order by the Court;

**WHEREAS** pursuant to 35 U.S.C. §§ 313-314 and 37 C.F.R. § 42.107(b), the Patent Trial and Appeal Board ("PTAB") must determine whether to institute an IPR proceeding within six months of the accorded filing date of a Petition;

**WHEREAS** Hypermedia and Facebook have met and conferred and discussed ways to conserve judicial and party resources and promote judicial economy;

**WHEREAS** this case is still in its early stages, very limited substantive written discovery has taken place, no depositions have been noticed or taken, no expert discovery has occurred, claim construction briefing is in early stages, and no *Markman* hearing has taken place or *Markman* order issued; and

**WHEREAS** the parties agree to stay all deadlines pending issuance of institution decisions by the PTAB on Facebook's Petitions for IPR;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties and subject to the approval of the Court, that:

1.  All deadlines and hearings in this action are STAYED until further order of the Court pending issuance of the institution decisions under 35 U.S.C. § 314 in Facebook's Petitions for IPR of all Patents-in-Suit;

2.  Within 30 days of issuance of institution decisions in Facebook's Petitions for IPR of

all Patents-in-Suit, Facebook and Hypermedia will meet and confer to discuss next steps in light of the PTAB institution decisions and submit a Case Management update to the Court; and

3. Facebook agrees to file Petitions for IPR of the Amended Complaint Patents-in-Suit within 30 days of entry of this Stipulation as an Order by the Court.

IT IS SO STIPULATED, through Counsel of Record.

Dated: October 15, 2018          NI, WANG & MASSAND, PLLC

                                 */s/ Hao Ni*
                                 Hao Ni
                                 Attorneys for Plaintiff
                                 HYPERMEDIA NAVIGATION LLC

Dated: October 15, 2018          COOLEY LLP

                                 */s/ Heidi L. Keefe*
                                 Heidi L. Keefe
                                 Attorneys for Defendant
                                 FACEBOOK, INC.

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rules 5.1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated: October 15, 2018          */s/ Heidi L. Keefe*
                                 Heidi L. Keefe

///

///

///

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: October 24, 2018

Haywood S. Gilliam Jr.
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT